UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PREPARED FOOD PHOTOS, INC., f/k/a
Adlife Marketing & Communications Co., Inc.,

      Plaintiff,

v.

Case No. 23-cv-11103
Hon. Matthew F. Leitman

COFFEE & TOFFEE LLC,
d/b/a Elaines Bagels,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: August 31, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2023, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126